**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, NJ  07068
Tel. 973.597.2500
Fax  973.597.2400

*Counsel for the SunAmerica Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALIC COMPANY I; VALIC COMPANY II; SUNAMERICA SENIOR FLOATING RATE FUND, INC.; GARRETT F. BOUTON, CARL D. COVITZ, PETER A. HARBECK, JANE JELENKO, GILBERT T. RAY, ALLAN L. SHER and BRUCE G. WILLISON, not in their individual capacities, but as Trustees of SUNAMERICA SERIES TRUST and SEASONS SERIES TRUST; and DR. JUDITH L. CRAVEN, WILLIAM F. DEVIN, RICHARD W. GRANT, STEPHEN J. GUTMAN and PETER A. HARBECK, not in their individual capacities, but as Trustees of SUNAMERICA INCOME FUNDS<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　　v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, and HOWARD B. SCHILLER,<br><br>　　　　　　　　　　Defendants. | Civil Case No. 3:16-cv-07496<br><br>**PLAINTIFFS' RULE 7.1 STATEMENT** |

　　　　　Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs VALIC Company I; VALIC Company II; SunAmerica Senior Floating Rate Fund, Inc.; Garrett F. Bouton, Carl D. Covitz, Peter A. Harbeck, Jane Jelenko, Gilbert T. Ray, Allan L. Sher and Bruce G. Willison, not in their individual capacities, but as Trustees of SunAmerica Series Trust and Seasons Series Trust; and Dr. Judith L. Craven, William F. Devin,

-2-

Richard W. Grant, Stephen J. Gutman and Peter A. Harbeck, not in their individual capacities, but as Trustees of SunAmerica Income Funds (collectively, "Plaintiffs") hereby certifies as follows.

To the best of Plaintiffs' knowledge, VALIC Company I has no parent corporations, and no publicly held corporation owns 10% or more of VALIC Company I's stock. VALIC Company I's investment adviser, The Variable Annuity Life Insurance Company, is a member of American International Group, Inc., a public company.

To the best of Plaintiffs' knowledge, VALIC Company II has no parent corporations, and no publicly held corporation owns 10% or more of VALIC Company II's stock. VALIC Company II's investment adviser, The Variable Annuity Life Insurance Company, is a member of American International Group, Inc., a public company.

To the best of Plaintiffs' knowledge, SunAmerica Senior Floating Rate Fund, Inc. has no parent corporations, and no publicly held corporation owns 10% or more of SunAmerica Senior Floating Rate Fund, Inc.'s stock. SunAmerica Senior Floating Rate Fund, Inc.'s investment adviser, SunAmerica Asset Management, LLC, is a member of American International Group, Inc., a public company.

To the best of Plaintiffs' knowledge, SunAmerica Series Trust has no parent corporations, and no publicly held corporation owns 10% or more of SunAmerica Series Trust's stock. SunAmerica Series Trust's investment adviser, SunAmerica Asset Management, LLC, is a member of American International Group, Inc., a public company.

To the best of Plaintiffs' knowledge, Seasons Series Trust has no parent corporations, and no publicly held corporation owns 10% or more of Seasons Series Trust's stock. Seasons Series Trust's investment adviser, SunAmerica Asset Management, LLC, is a member of American International Group, Inc., a public company.

To the best of Plaintiffs' knowledge, SunAmerica Income Funds has no parent corporations, and no publicly held corporation owns 10% or more of SunAmerica Income Funds'

-3-

stock. SunAmerica Income Funds' investment adviser, SunAmerica Asset Management, LLC, is a member of American International Group, Inc., a public company.

Dated: October 25, 2016 **LOWENSTEIN SANDLER LLP**

By: s/ Lawrence M. Rolnick
Lawrence M. Rolnick
Marc B. Kramer
Thomas E. Redburn, Jr.
Sheila A. Sadighi
Michael J. Hampson
65 Livingston Avenue
Roseland, NJ 07068
Tel. 973.597.2500
Fax 973.597.2400
lrolnick@lowenstein.com
mkramer@lowenstein.com
tredburn@lowenstein.com
ssadighi@lowenstein.com
mhampson@lowenstein.com

*Counsel for the SunAmerica Plaintiffs*