UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DISCOVERY GLOBAL CITIZENS MASTER FUND, LTD., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>        Defendants. | Civil Action No. 16-7321(MAS)(LHG) |
| MSD TORCHLIGHT PARTNERS, L.P., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>        Defendants. | Civil Action No. 16-7324(MAS)(LHG) |
| BLUEMOUNTAIN FOINAVEN MASTER FUND L.P., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>        Defendants. | Civil Action No. 16-7328(MAS)(LHG) |

| | |
|---|---|
| INCLINE GLOBAL MASTER LP, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Civil Action No. 16-7494(MAS)(LHG) |
| VALIC COMPANY I, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Civil Action No. 16-7496(MAS)(LHG) |
| JANUS ASPEN SERIES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Civil Action No. 16-7497(MAS)(LHG) |

## AMENDED STIPULATION AND ORDER

WHEREAS, Plaintiffs in the above-captioned actions have filed complaints against Valeant Pharmaceuticals International, Inc., J. Michael Pearson, and Howard B. Schiller (together, "Defendants," and together with Plaintiffs, the "Parties");

WHEREAS, on January 20, 2017, Defendants filed an application asking that their time to respond to the complaints in the six above-captioned individual opt-out actions be stayed

pending a decision on the fully briefed motions to dismiss before this Court in *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*, 15-cv-07658-MAS-LHG (the "Class Action");

WHEREAS, on February 1, 2017, the Parties jointly submitted a Stipulation and Proposed Order agreeing that if the stay application is denied, the time to respond to the complaints should be extended to four weeks following entry of the order denying the stay application;

WHEREAS, on February 10, 2017, the Court, entered the Parties' February 1, 2017 Stipulation and Proposed Order "in part" stating "Defendants' time to move, answer or otherwise respond is extended to April 11, 2017 only";

WHEREAS, on March 22, 2017, the Court scheduled oral argument on the pending motions to dismiss in the Class Action for April 10, 2017;

WHEREAS, in the six above-captioned matters, the Parties have agreed to designate *Janus Aspen Series, et al. v. Valeant Pharmaceuticals International, Inc.*, Case No. 16-7497 (the "*Janus* Action") as a "lead case" so as to avoid simultaneous briefing in all of these cases;

WHEREAS, Plaintiffs in the *Janus* Action (the "*Janus* Plaintiffs") wish to amend their Complaint;

WHEREAS, in view of the scheduling of oral argument and pending motions to dismiss in the Class Action, and in view of the *Janus* Plaintiffs' desire to amend their complaint, the Parties wish to agree to a schedule for the filing of an amended complaint and Defendants' response(s);

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, as follows:

1. The *Janus* Plaintiffs shall file an amended complaint (the "Amended Complaint") no later than April 28, 2017.

2. Defendants shall move to dismiss, answer or otherwise respond to the Amended Complaint on or before June 2, 2017.

3. Defendants' time to respond to the complaints in the remaining five above-captioned cases is stayed until after a decision on any motion to dismiss the Amended Complaint in the *Janus* Action. After such decision, the parties agree to negotiate in good faith to propose a schedule for further proceedings.

4. In the event the Court rules on the pending motions to dismiss the Class Action before the Amended Complaint is filed or before Defendants' response is due, the parties agree to negotiate in good faith to determine the effect, if any, of the ruling in the Class Action on the *Janus* Action, and will confer on adjusting the foregoing schedule as reasonably necessary.

Stipulated and agreed to by:

DATED: April 4, 2017

| | |
|---|---|
| **LOWENSTEIN SANDLER LLP** | **McCARTER & ENGLISH LLP** |
| s/ Sheila A. Sadighi | s/ Richard Hernandez |
| Sheila A. Sadighi | Richard Hernandez |
| 65 Livingston Avenue | 100 Mulberry Street |
| Roseland, NJ 07068 | Newark, NJ 07102 |
| Telephone: (973) 597-2500 | Telephone: (973) 848-8615 |
| Fax: (973) 597-2400 | Fax: (973) 297-6615 |
| *Counsel for Plaintiffs* | *Counsel for Valeant Pharmaceuticals International, Inc., and J. Michael Pearson* |

**WINSTON & STRAWN LLP**

s/ James S. Richter

James S. Richter
One Riverfront Plaza, Suite 730
Newark, NJ 07102
Telephone: (973) 848-7676
Fax: (973) 848-7650
*Counsel for Howard B. Schiller*

4/12/17

**SO ORDERED**

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**